1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Margarita Gutierrez

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MARGARITA GUTIERREZ,            ) Case No.: CV 10-09690 SP
                                   )
12         Plaintiff,              )  ORDER AWARDING EQUAL
                                   )  ACCESS TO JUSTICE ACT
13    vs.                          )  ATTORNEY FEES AND EXPENSES
                                   )  PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,              )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security,)  U.S.C. § 1920
15                                 )
           Defendant               )
16                                 )
   _____)

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,850.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized
21
   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE:  April 13, 2012
23
                              _____
24                            THE HONORABLE PATRICK J. WALSH
                              UNITED STATES MAGISTRATE JUDGE
25

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Lawrence D. Rohlfing
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Margarita Gutierrez

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-